AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

DOCKETED OCT 08 2003

UNITED STATES OF AMERICA

V.

ANTHONY THOMPSON, a/k/a "Nook"

**WARRANT FOR ARREST**

CASE NUMBER: 03CR50057

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ANTHONY THOMPSON___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
illegal firearms trafficking, felon in possession of firearm, selling firearms to a convicted felon

in violation of
Title __18__ United States Code, Section(s) __922(a)(1)(A), 922(d)(1), and 922(g)(1)__

P. MICHAEL MAHONEY
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10-07-2003    ROCKFORD, ILLINOIS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___ROCKFORD, IL___

| DATE RECEIVED 10-7-03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10-8-03 | STEPHEN P. SMITH, S/A | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

UNITED STATES OF AMERICA

V.

HENRY WEBB, a/k/a/ "Hank"

## WARRANT FOR ARREST

CASE NUMBER: 03CR50057

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _HENRY WEBB_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
illegal firearms trafficking, selling firearms to a convicted felon

in violation of
Title __18__ United States Code, Section(s) _922(a)(1)(A) and 922(d)(1)_

P. MICHAEL MAHONEY
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10-07-2003   ROCKFORD, ILLINOIS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _ROCKFORD, IL_ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-7-03 | STEPHEN P. SMITH S/A | [signature] Stephen P. Smith |
| DATE OF ARREST 10-8-03 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

UNITED STATES OF AMERICA

V.

EDDIE TORRANCE, a/ka/ "E.T."

**WARRANT FOR ARREST**

CASE NUMBER: 03CR50057

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___EDDIE TORRANCE___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
illegal firearms trafficking

in violation of
Title __18__ United States Code, Section(s) __922(d)(1)__

P. MICHAEL MAHONEY
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10-07-2003    ROCKFORD, ILLINOIS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Rockford, IL |

| DATE RECEIVED 10-7-03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10-8-03 | STEPHEN P. SMITH S/A | Stephen P. Smith |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

UNITED STATES OF AMERICA

V.

CHARLES D. SPEARS

## WARRANT FOR ARREST

CASE NUMBER: 03 C R 5 0 0 5 7

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___CHARLES D. SPEARS___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of firearm

in violation of
Title __18__ United States Code, Section(s) __922(g)(1)__

P. MICHAEL MAHONEY
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10-07-2003    ROCKFORD, ILLINOIS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ROCKFORD, IL |

| DATE RECEIVED 10-7-03 | NAME AND TITLE OF ARRESTING OFFICER STEPHEN P. SMITH S/A | SIGNATURE OF ARRESTING OFFICER Stephen P. Smith |
|---|---|---|
| DATE OF ARREST 10-8-03 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

UNITED STATES OF AMERICA

V.

JOHNNIE THOMPSON, SR.

**WARRANT FOR ARREST**

CASE NUMBER: **03CR50057**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JOHNNIE THOMPSON, SR.___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of firearm

in violation of
Title ___18___ United States Code, Section(s) ___922(g)(1)___

P) MICHAEL MAHONEY
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10-07-2003   ROCKFORD, ILLINOIS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Rockford, IL_ |

| DATE RECEIVED 10-7-03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10-8-03 | STEPHEN P. SMITH S/A | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.